UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRK VERMEULEN<br><br>    Plaintiff,<br><br>    v.<br><br>LESTER JENKINS, ET AL<br><br>    Defendant. | No.  1:13-cv-02007-LJO-BAM<br><br>**ORDER OF VOLUNTARY DISMISSAL** |

Plaintiff, DIRK VERMEULEN, has applied for an order of dismissal of the entire above captioned case without prejudice. Given that no Defendant has filed an answer or motion for summary judgment, voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(1) is appropriate.

IT IS THEREFORE ORDERED that:

1. This action be dismissed without prejudice, and
2. The Clerk of Court is Directed to CLOSE THIS CASE.

**SO ORDERED**
**Dated: June 27, 2014**

                              **/s/ Lawrence J. O'Neill**
                              **United States District Judge**